Matt Valenti, Esq. (State Bar No. 253978)
E-mail: mattvalenti@valentilawapc.com
VALENTI LAW APC
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189

Attorney for Plaintiff Raul Uriarte-Limon

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>          Plaintiff,<br><br>     vs.<br><br>2 TM TOBACCO INC; BASIM KHOURY; ESTHER KHOURY; GEORGETTE BARGHOUT; and DOES 1-10,<br><br>          Defendants. | Case No.: 3:24-cv-01423-AJB-DEB<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. RULE CIV. PROC. 41 (a)(1)(A)(i) |

# NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff Raul Uriarte-Limon voluntarily dismisses this action <u>without</u> prejudice as to all Defendants.

Respectfully submitted,

DATED:  May 5, 2025                               VALENTI LAW APC


                                              By:  */s/ Matt Valenti*
                                                   Matt Valenti, Esq.
                                                   Attorney for Plaintiff
                                                   Raul Uriarte-Limon